IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL A. RODGERS,

      Appellant,

v.

      Case No.  5D23-332
      LT Case Nos. 16-2010-CF-08116
                    16-2010-CF-08119

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 21, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Michael A. Rodgers, Carrabelle, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Darcy O. Townsend,
Assistant Attorney General, Tallahassee,
for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.